[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 09-13302
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 18, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00096-CR-3-RV

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RODNEY JEROME MCNABB,
a.k.a. Rocky,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

(December 18, 2009)

Before CARNES, HULL and ANDERSON, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Rodney Jerome McNabb in this direct

criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of McNabb's § 3582(c)(2) motion is **AFFIRMED**.